UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-6300 PA (RAOx) | Date | July 27, 2018 |
|---|---|---|---|
| Title | Carmen Perri v. Mi Cuscatlan Restaurant, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Yolanda Skipper | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**    IN CHAMBERS - COURT ORDER

Before the Court is a Complaint filed by plaintiff Carmen Perri ("Plaintiff") on July 20, 2018, against defendants Mi Cuscatlan Restaurant, Chang Young Park and Young Za Park (as trustees of the CY & YZ Park 2003 Revocable Trust), and Kap Young Park and Ok Park (as trustees of the Kap & Ok Park 1997 Revocable Trust). The Court's docket indicates that Plaintiff filed an action against these same defendants on March 23, 2018, arising out of the same February 2018 visit to the restaurant alleged in this action. That action, <u>Perri v. Mi Cuscatlan Restaurant</u>, Case No. CV 18-2399 SJO (SSx), was voluntarily dismissed by Plaintiff just two days before Plaintiff filed this action.

Local Rule 83-1.3 provides that it "shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two of more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." Local Rule 83-1.3 also states that the Notice of Related Cases "must be filed at the time any case (including a notice of removal or bankruptcy appeal) appearing to relate to another is filed, or as soon thereafter as it reasonably should appear that the case relates to another."

Here, Plaintiff has not filed a Notice of Related Cases as required by Local Rule 83-1.3. Additionally, the Civil Cover Sheet filed by Plaintiff's counsel in this action states that this action has not been previously filed in this Court and that it is not related to any action previously filed in this Court.

Plaintiff and his counsel are ordered to show cause why this action is not related to Case No. CV 18-2399 SJO (SSx) and why they should not be sanctioned up to $2,000 for failing to file a Notice of Related Case as required by Local Rule 83-1.3 and for falsely indicating that this case is not related or identical to that action on the Civil Cover Sheet. The parties' responses to

Case 2:18-cv-06300-PA-RAO   Document 15   Filed 07/27/18   Page 2 of 2   Page ID #:43

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-6300 PA (RAOx) | Date | July 27, 2018 |
|---|---|---|---|
| Title | Carmen Perri v. Mi Cuscatlan Restaurant, et al. | | |

this Order to Show Cause shall be filed no later than August 6, 2018.  Should Plaintiff determine that it is appropriate to file a Notice of Related Cases, he shall file such a Notice by that same date.

    IT IS SO ORDERED.

cc:    United States District Judge S. James Otero

CV-90 (06/04)    **CIVIL MINUTES - GENERAL**    Page 2 of 2